IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Salgado, Selina N

Printed: 2/26/08

Case Number: 07 B 15982
Judge: Squires, John H
Filed: 8/31/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: January 16, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ben Franklin Motors Out | Secured | 1,120.00 | 0.00 |
| 2. | Plains Commerce Bank | Unsecured | 26.68 | 0.00 |
| 3. | Capital One | Unsecured | 197.38 | 0.00 |
| 4. | Dakota State Bank | Unsecured | 59.92 | 0.00 |
| 5. | Peoples Energy Corp | Unsecured | 6.08 | 0.00 |
| 6. | B-Real LLC | Unsecured | 172.08 | 0.00 |
| 7. | Educational Credit Management Corp | Unsecured | 430.11 | 0.00 |
| 8. | T Mobile USA | Unsecured | 44.14 | 0.00 |
| 9. | Jefferson Capital Systems LLC | Unsecured | 278.19 | 0.00 |
| 10. | Ben Franklin Motors Out | Unsecured | 96.97 | 0.00 |
| 11. | City Of Chicago Dept Of Revenue | Unsecured | 2,290.00 | 0.00 |
| 12. | Citizens Bank | Unsecured |  | No Claim Filed |
| 13. | Charter One Bank | Unsecured |  | No Claim Filed |
| 14. | Comcast Cablevision | Unsecured |  | No Claim Filed |
| 15. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 16. | First Cash Financial Services | Unsecured |  | No Claim Filed |
| 17. | Direct Tv | Unsecured |  | No Claim Filed |
| 18. | Geico | Unsecured |  | No Claim Filed |
| 19. | City Of Chicago | Unsecured |  | No Claim Filed |
| 20. | RCN | Unsecured |  | No Claim Filed |
| 21. | RCN | Unsecured |  | No Claim Filed |
| 22. | Cingular Wireless | Unsecured |  | No Claim Filed |
| 23. | Swedish Covenant Hospital | Unsecured |  | No Claim Filed |
| 24. | Recovery Services | Unsecured |  | No Claim Filed |
| 25. | US Cellular | Unsecured |  | No Claim Filed |

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Salgado, Selina N

Printed: 2/26/08

Case Number:  07 B 15982
Judge:  Squires, John H
Filed:  8/31/07

```
                          _____        _____
                          $ 4,721.55           $ 0.00
```

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | _____ |
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____